**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Luis Manuel Bray-Vazquez**<br>DOB: 1985; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>20-00657 MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 4, 2020, in the District of Arizona, Luis Manuel Bray-Vazquez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 5 Kalashnikov-variant high powered rifles, 4 Kalashnikov-style pistols, 3 AR-style high powered rifles, 1 Barrett .50 caliber rifle, 1 pistol caliber rifle and 1 pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 4, 2020, U.S. Customs and Border Protection Officers conducting outbound inspection operations at the Mariposa Port of Entry in Nogales, Arizona, encountered Luis Manuel BRAY-Vazquez as he attempted to exit the United States and enter Mexico as the driver and sole occupant of a U.S. consular vehicle, a tan Chevrolet Suburban. As officers attempted to open the rear cargo area of the vehicle to conduct a border search, BRAY-Vazquez accelerated the vehicle and fled. After fleeing from the initial inspection location, BRAY-Vazquez ignored verbal and visual commands to stop the vehicle from the next officer he encountered and had to swerve in order to avoid striking the officer. BRAY-Vazquez traveled a distance before officers stopped the vehicle, yards from the physical U.S.-Mexico border, by closing the metal exit gate. Officers removed BRAY-Vazquez from the vehicle, secured him and took him into custody.

Officers then conducted a search of vehicle and observed several firearms inside of a cardboard box in the rear cargo area. After processing, officers identified the following firearms, wrapped in plastic, inside of the cardboard box: 5 Kalashnikov-variant high-powered rifles, 4 Kalashnikov-style pistols, 3 AR-style high-powered rifles, 1 pistol caliber rifle and 1 pistol. Officers also found 1 Barrett .50 caliber rifle inside of plastic canopy bag located on the middle row seats.

**SEE CONTINUATION ON REVERSE**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED AUSA *Erica L. Seger*   ERICA SEGER Digitally signed by ERICA SEGER Date: 2020.11.05 10:13:50 -07'00' | SIGNATURE OF COMPLAINANT<br>TONY C TRAN  Digitally signed by TONY C TRAN Date: 2020.11.05 09:46:59 -07'00'<br>OFFICIAL TITLE<br>HSI Special Agent Tony Tran |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 5, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**CONTINUATION OF BASIS OF COMPLAINANT'S CHARGE**          20-00657MJ

After waiving his Miranda rights, BRAY-Vazquez admitted to attempting to transport weapons from the United States into Mexico. BRAY-Vazquez stated that he accepted the job after many months of being asked by the criminal organization to smuggle weapons. BRAY-Vazquez stated he was never directly threatened but felt it was implied due to indirect statements made to him about where he lived. Additionally, BRAY-Vazquez admitted to using his position as a driver at the U.S. consulate to access U.S. consular vehicles to cross-border smuggle weapons. BRAY-Vazquez stated he would receive approximately $150 for long guns and $50 for each pistol smuggled. BRAY-Vazquez also stated that he had previously smuggled weapons into Mexico and knew the weapons were going to a criminal organization. BRAY-Vazquez stated he did not have a license to export the weapons from the United States and knew it was illegal transport the weapons into Mexico. The 15 firearms BRAY-Vazquez intended to export qualifies as United States Commerce Control List items, and therefore, are prohibited by law for export from the United States into Mexico without a valid license.