

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
AZ State Bar No. 022079
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INFORMATION** |
|---|---|
| Plaintiff, | 20-MJ-0657-N/A-EJM |
| vs. | VIO: 18 U.S.C. § 554(a) (Smuggling Goods from the United States) Count 1 |
| Luis Manuel Bray-Vazquez, | |
| Defendant. | **(FELONY)** |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about November 4, 2020, within the District of Arizona, Luis Manuel Bray-Vazquez knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: five 7.62x39mm caliber rifles, four 7.62x39mm caliber pistols, three 5.56 caliber rifles, one Barrett .50 caliber rifle, one .45 ACP caliber pistol, and one 9x19mm caliber pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Pars 738 and 774;

///

1   In violation of Title 18, United States Code, Section 554(a).

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

ANGELA WOOLRIDGE
Digitally signed by ANGELA WOOLRIDGE
Date: 2021.04.09 15:30:17 -07'00'

5   ‾‾Date‾‾‾‾‾‾

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney