**JON M. SANDS**
Federal Public Defender
**JAMIEL ALLEN**
Assistant Federal Public Defender
State Bar No. 024631
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Email: Jamiel_allen@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Luis Manuel Bray-Vazquez,<br><br>　　　　Defendant. | **CR21-655-TUC-JGZ (EJM)**<br><br>**MOTION TO CONTINUE SENTENCING**<br><br>**(First Request-Defendant In Custody)** |

Defendant, Sergio Arballo, through counsel, requests a 60-day continuance of the sentencing hearing currently set for June 24, 2021, based upon the following:

1) Additional time is needed to conduct the presentence interview. The scheduled presentence interview was cancelled due to Mr. Bray-Vazquez being placed in quarantine. And undersigned counsel is unavailable on June 24, 2021.
2) Assistant U.S. Attorney, Angela Woolridge, has no objection to this request.
3) Defendant is in custody.
4) This is the first request to continue.

RESPECTFULLY SUBMITTED this April 30, 2021.

　　　　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　*s/ Jamiel Allen*
　　　　　　　　　　　　　　　　　　JAMIEL ALLEN
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

1

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing has been provided by electronic transmittal via the CM/ECF System: |
| 3 | |
| 4 | Angela Woolridge, Assistant United States Attorney |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |